**No. 66096.**—Metasco, Inc., and Raleigh Industries of America, Inc. *v.* United States, protests 60/7544–S and 310835–KS (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.